PEOPLE, Respondent, v. CORNELL, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 11, 1910.) Proceeding by the People of the State of New York against Frank M. Cornell. No opinion. Order affirmed. See, also, 65 Misc. Rep. 452, 121 N. Y. Supp. 972.

PEOPLE v. DARRAGH. (Supreme Court, Appellate Division, First Department. June 24, 1910.) Proceedings by the People of the State of New York against William Darragh. No opinion. Motion to dismiss appeal granted, unless appellant comply with terms stated in order. Order filed.

PEOPLE, Respondent, v. DE FORNARO, Appellant. (Supreme Court, Appellate Division, First Department. April 29, 1910.) Proceeding by the People of the State of New York against Carlo De Fornaro. G. E. Joseph, for appellant. R. C. Taylor, for the People. No opinion. Judgment affirmed. Order filed. See, also, 120 N. Y. Supp. 1140.

PEOPLE v. DILLON. SAME v. MORALES. (Supreme Court, Appellate Division, First Department. May 27, 1910.) Proceedings by the People of the State of New York against Edward Dillon and against Carlos Morales. No opinions. Motions granted. Orders filed.

PEOPLE v. GREENBAUM. (Supreme Court, Appellate Division, First Department. April 29, 1910.) Proceeding by the People of the State of New York against William Greenbaum. No opinion. Motion to dismiss appeal granted. Order filed. See, also, 121 N. Y. Supp. 1142.

PEOPLE v. HOYT. (Supreme Court, Appellate Division, First Department. April 29, 1910.) Proceeding by the People of the State of New York against Adelbert E. Hoyt. No opinion. Motion to dismiss appeal granted, unless appellant comply with terms stated in order. Order granted.

PEOPLE, Respondent, v. IDONE, Appellant. (Supreme Court, Appellate Division, First Department. May 20, 1910.) Proceeding by the People of the State of New York against Frank Idone. Simmons & Harris, for appellant. R. C. Taylor, for the People. No opinion. Judgment affirmed. Order filed.

PEOPLE v. INGALALA. (Supreme Court, Appellate Division, First Department. April 29, 1910.) Proceeding by the People of the State of New York against Guiseppe Ingalala. No opinion. Motion to dismiss appeal granted. Order filed.

PEOPLE, Respondent, v. MATTHEWS & HARRISON, Appellants. (Supreme Court, Appellate Division, Third Department. May 4, 1910.) Proceeding by the People of the State of New York against Matthews & Harrison. No opinion. Judgment and order unanimously affirmed, with costs.

PEOPLE v. REARDON. (Supreme Court, Appellate Division, First Department. April 29, 1910.) Proceeding by the People of the State of New York against Timothy Reardon. No opinion. Motion to dismiss appeal granted, unless appellant comply with terms stated in order. Order filed.

PEOPLE, Respondent, v. ROBERTS, Appellant. (Supreme Court, Appellate Division, First Department. April 22, 1910.) Proceeding by the People of the State of New York against Henry Roberts. D. O'Sullivan, for appellant. R. S. Johnstone, for the People. No opinion. Judgment affirmed. Order filed.

PEOPLE v. SEWELL. (Supreme Court, Appellate Division, Third Department. May 4, 1910.) Proceeding by the People of the State of New York against Hubert S. Sewell. PER CURIAM. Appeal dismissed. See, also, 107 N. Y. Supp. 382.

SEWELL, J., not sitting.

PEOPLE, Respondent, v. SMUCKLER, Appellant. (Supreme Court, Appellate Division, First Department. April 29, 1910.) Proceeding by the People of the State of New York against Isaac Smuckler. G. Hartman, for appellant. R. C. Taylor, for the People. No opinion. Judgment affirmed. Order filed.